## DIRIENZO MECHANICAL CONTRACTORS, INC. *v.* SALCE CONTRACTING ASSOCIATES, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 122 Conn. App. 163 (AC 29960), is denied.

*Paul A. Sobel*, in support of the petition.

*R. Bradley Wolfe*, in opposition.

Decided September 15, 2010

## STATE OF CONNECTICUT *v.* ERNEST GARLINGTON

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 345 (AC 29976), is denied.

*Hope Button*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 15, 2010